AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CHARLES LEONARD <br><br> *Plaintiff(s)* <br> v. <br><br> FLOWERS FOODS, INC., and <br> FLOWERS BAKING CO. OF MIAMI <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. <br><br> 9:20-cv-80669-RS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FLOWERS FOODS, INC.
c/o Corporation Service Company, Registered Agent
40 Technology Parkway South, Suite 300
Norcross, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew R. Frisch, Esq./ MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Phone: (954) WORKERS
Fax: (954) 327-3013
E-mail: AFrisch@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Apr 22, 2020

**SUMMONS**

s/ C.Davis
Deputy Clerk
U.S. District Courts